UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORRI DURDEN,

    Plaintiff,

v.                                                                        Case No. 22-10398

LOPEZ, *et al.*,                                              Sean F. Cox
                                          United States District Court Judge

    Defendants.
_____/

# ORDER
## ADOPTING REPORT AND RECOMMENDATION (ECF NO. 47) AND GRANTING DEFENDANT LOPEZ'S MOTION TO DISMISS

    Plaintiff filed this action against several Defendants. The matter has been referred to Magistrate Judge David R. Grand for all pretrial proceedings. At this juncture, Plaintiff's sole remaining claim is his First Amendment retaliation claim against MDOC Corrections Officer Alberta Lopez ("Lopez"). On March 31, 2023, Lopez filed a Motion to Dismiss.

    In a Report and Recommendation issued on August 31, 2023, Judge Grand recommends that this Court grant Defendant Lopez's Motion to Dismiss. (ECF No. 47).

    The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed. Accordingly, the Court hereby **ADOPTS** the August 31, 2023 Report and Recommendation and **ORDERS** that Defendant Lopez's Motion to Dismiss is **GRANTED** and Plaintiff's claims against Lopez are **DISMISSED WITH PREJUDICE.**

    **IT IS SO ORDERED.**

                                                                          s/Sean F. Cox
                                                                         Sean F. Cox
                                                                         United States District Judge

Dated: September 26, 2023